IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| NEWFIELD EXPLORATION COMPANY § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. G-05-306 |
| § | |
| M.V. MISS JULIE et al., § | |
| § | |
| Defendants. § | |

### FINAL JUDGMENT

Pursuant to the Court's Order Granting Plaintiff's Motion to Dismiss, all claims brought by Plaintiff against Defendants are hereby **DISMISSED WITHOUT PREJUDICE**. All relief not herein provided is expressly **DENIED**. All Parties are **ORDERED** to bear their own attorneys' fees incurred herein to date. **THIS IS A FINAL JUDGMENT**.

**IT IS SO ORDERED**.

**DONE** this 9th day of December, 2005, at Galveston, Texas.

_____
Samuel B. Kent
United States District Judge